PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEKSEI BATISHCHEV, | CASE NO. 2:22-CV-00582-KJM-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| MERRICK GARLAND, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.

This case concerns Plaintiff's Form I-485 – application for adjustment of status, which he filed with U.S. Citizenship and Immigration Services on March 27, 2019.  On May 16, 2022, USCIS issued a request for evidence.  Plaintiff has until August 11, 2022 to respond to USCIS's request for evidence.  USCIS anticipates it will be able to promptly complete adjudication of Plaintiff's application once it receives Plaintiff's RFE response, which will render this lawsuit moot.

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is September 2, 2022.  The parties further request that all other filing deadlines be similarly extended, and that the status conference, currently scheduled for August 11, 2022, be vacated and reset.

1

Respectfully submitted,

Dated: May 19, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ANDREI ROMANENKO
ANDREI ROMANENKO
Counsel for Plaintiffs

ORDER

Good cause appearing, the initial status conference is reset to October 20, 2022, at 2:30 p.m., and all other deadlines are extended accordingly.

It is so ordered.

DATED: May 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE