UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEI BATISHCHEV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK GARLAND, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00582-DAD-CKD<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND DISMISSING THIS ACTION<br><br>(Doc. No. 11) |

On August 28, 2022, plaintiff filed a request for voluntary dismissal of this action, with prejudice. (Doc. No. 11.) Pursuant to Rule 41 of the Federal Rules of Civil Procedure and good cause appearing, the court orders as follows:

　　1.　　Plaintiff's request for voluntary dismissal of this action (Doc. No. 11) is granted;

　　2.　　This action is dismissed with prejudice; and

　　3.　　The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**September 2, 2022**　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1